UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| RACHEL THOMPSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 3:25-CV-00132-DCLC-MJD |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Agreed Order of Remand filed this day, the Court **GRANTS** the parties' joint motion to remand [Doc. 20]. Accordingly, based on the parties' agreement, the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings consistent with this Memorandum Opinion.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS JUDGMENT:

    *s/LeAnna Wilson*
    CLERK OF COURT